no part in the consideration or decision of this petition.

No. 94–6409 (A–293). OWENS ET UX. v. EMC MORTGAGE CORP. Sup. Ct. Ga. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied. Certiorari denied.

No. D–1413. IN RE DISBARMENT OF KILPATRICK, *ante*, p. 803;
No. 93–1441. WALSH v. DELAWARE ET AL., *ante*, p. 806;
No. 93–1547. IN RE SMITH, *ante*, p. 807;
No. 93–1679. BRITENBACH v. UNITED STATES, *ante*, p. 808;
No. 93–1827. LOKAY v. AMERICAN REAL ESTATE CORP., *ante*, p. 810;
No. 93–1840. HUDSON v. VARNEY ET AL., *ante*, p. 811;
No. 93–1967. JACKSON v. MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY ET AL., *ante*, p. 818;
No. 93–1972. LOPEZ v. BEHLES, TRUSTEE; and LOPEZ v. BEHLES, TRUSTEE, ET AL., *ante*, p. 818;
No. 93–2020. PERKINS v. WESTERN SURETY CO., *ante*, p. 821;
No. 93–2025. SPALETTA v. COUNTY OF MENDOCINO EMPLOYEES RETIREMENT ASSN. ET AL., *ante*, p. 821;
No. 93–2096. BONSER v. TOWN OF NOTTINGHAM, NEW HAMPSHIRE, *ante*, p. 918;
No. 93–2097. BONSER v. TOWN OF NOTTINGHAM, NEW HAMPSHIRE, *ante*, p. 918;
No. 93–8712. LARISCY ET UX. v. UNITED STATES, *ante*, p. 828;
No. 93–8843. MOTLEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 960;
No. 93–9102. CASTRO VASQUEZ v. MYERS, WARDEN, *ante*, p. 833;
No. 93–9157. FLEMING v. ROCHA, WARDEN, *ante*, p. 834;
No. 93–9160. DOERR v. COUNTY OF SAN BERNARDINO, CALIFORNIA, ET AL., *ante*, p. 834;
No. 93–9195. RICE v. UNITED STATES, *ante*, p. 836;
No. 93–9203. GRANT v. OHIO, *ante*, p. 836;
No. 93–9269. PREUSS v. DISTRICT OF COLUMBIA, *ante*, p. 839;
No. 93–9270. BAKER v. MILLER ET AL., *ante*, p. 839;
No. 93–9275. HAMILTON v. MORRISON, WARDEN, ET AL., *ante*, p. 839;

No. 93–9288.  LEONARD *v.* ROSE'S DEPARTMENT STORE, *ante*, p. 839;

No. 93–9289.  MELENDEZ *v.* ARIZONA DEPARTMENT OF ECONOMIC SECURITY ET AL., *ante*, p. 839;

No. 93–9296.  BAKER *v.* KELLEY ET AL., *ante*, p. 840;

No. 93–9325.  LONG *v.* TEXAS, *ante*, p. 841;

No. 93–9339.  VINCENT *v.* REYNOLDS MEMORIAL HOSPITAL ET AL., *ante*, p. 841;

No. 93–9375.  KNELLER *v.* KNELLER, *ante*, p. 843;

No. 93–9421.  DENSMORE *v.* MICHIGAN, *ante*, p. 845;

No. 93–9423.  MCLEOD *v.* LOUDOUN COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL., *ante*, p. 845;

No. 93–9428.  WILLIAMSON ET AL. *v.* KING COUNTY, WASHINGTON, *ante*, p. 846;

No. 93–9440.  RODENBAUGH *v.* CURTO, *ante*, p. 846;

No. 93–9459.  ROUNDTREE *v.* MILLER ET AL., *ante*, p. 848;

No. 93–9501.  YACKS *v.* JOHNSON, WARDEN, *ante*, p. 850;

No. 93–9544.  STEWART *v.* UNITED STATES, *ante*, p. 852;

No. 93–9548.  HERRICK *v.* UNITED STATES, *ante*, p. 926;

No. 93–9567.  MCCOY *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante*, p. 854;

No. 93–9580.  LEE *v.* BENJAMIN FRANKLIN FEDERAL SAVINGS ASSN. ET AL., *ante*, p. 854;

No. 93–9604.  LEWIS *v.* THOMPSON, WARDEN, *ante*, p. 856;

No. 93–9612.  IN RE FROMAL, *ante*, p. 856;

No. 93–9620.  ROGERS *v.* REED-FLEMING ET AL., *ante*, p. 856;

No. 93–9623.  TRANTINO *v.* ROTHSTEIN, *ante*, p. 857;

No. 93–9624.  BATTEN *v.* OHIO, *ante*, p. 857;

No. 93–9640.  RODENBAUGH *v.* SINGER, *ante*, p. 858;

No. 93–9641.  QUINTANILLA *v.* ORANGE COUNTY PERSONNEL DIVISION OF SHERIFF CORONER DEPARTMENT ET AL., *ante*, p. 858;

No. 93–9650.  AGHA *v.* WEST, SECRETARY OF THE ARMY, ET AL., *ante*, p. 858;

No. 93–9655.  FERDIK *v.* MCFADDEN, WARDEN, ET AL., *ante*, p. 858;

No. 93–9662.  AGUILAR *v.* NEW MEXICO, *ante*, p. 859;

No. 93–9677.  PETTIGREW *v.* UNITED STATES, *ante*, p. 860;

No. 93–9776.  AGUILAR *v.* NEW MEXICO, *ante*, p. 865;

No. 94–118.   D-LANDCO ET AL. v. OKLAHOMA DEPARTMENT OF TRANSPORTATION, *ante*, p. 871;

No. 94–137.   SEAL v. SEAL, *ante*, p. 872;

No. 94–146.   IN RE JOHNSON, *ante*, p. 806;

No. 94–165.   SRINIVASAN v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (RIO HONDO COMMUNITY COLLEGE DISTRICT, REAL PARTY IN INTEREST), *ante*, p. 873;

No. 94–170.   ROSENFELD v. RIVER PLACE EAST HOUSING CORP., *ante*, p. 874;

No. 94–198.   KILE v. APPELLATE DEPARTMENT, SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER (TREPANTIS, REAL PARTY IN INTEREST), *ante*, p. 875;

No. 94–336.   SMITH v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL., *ante*, p. 947;

No. 94–406.   TALLEY v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 932;

No. 94–5001.   BURRESS v. PRESBYTERIAN CHURCH ET AL., *ante*, p. 879;

No. 94–5008.   BROWN v. HOWARD-PALMER ET AL., *ante*, p. 879;

No. 94–5014.   IUSAN v. NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ET AL., *ante*, p. 879;

No. 94–5030.   THOMPSON v. RONE, WARDEN, *ante*, p. 880;

No. 94–5046.   KONTAKIS v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL., *ante*, p. 881;

No. 94–5121.   JENORIKI v. UNITED STATES POSTAL INSPECTION SERVICE OF HOUSTON, TEXAS, ET AL., *ante*, p. 885;

No. 94–5158.   BURRESS v. CHRISTIANITY & CRISIS, INC., ET AL., *ante*, p. 887;

No. 94–5165.   PRAIMNATH v. AMERICAN CABLEVISION OF QUEENS, INC., *ante*, p. 888;

No. 94–5174.   FROMAL v. MCCAULEY ET AL., *ante*, p. 888;

No. 94–5184.   RICCO v. GALLO, *ante*, p. 889;

No. 94–5195.   CHRISTIANSON v. RELFE ET AL., *ante*, p. 890;

No. 94–5197.   CURIALE ET UX. v. BURTON ET AL., *ante*, p. 890;

No. 94–5237.   LEE v. NORTH CAROLINA, *ante*, p. 891;

No. 94–5248.   SLOAN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 892;

No. 94–5308.   FRIEND v. UNITED TECHNOLOGIES/HAMILTON STANDARD ET AL., *ante*, p. 895;

No. 94–5367.   MOORE v. NORTH CAROLINA, *ante*, p. 898;

No. 94–5383.  ROGERS *v.* ZANT, WARDEN, *ante,* p. 899;

No. 94–5396.  DUSENBERY *v.* UNITED STATES, *ante,* p. 899;

No. 94–5483.  BAUER *v.* UNITED STATES, *ante,* p. 903;

No. 94–5486.  GRIFFIN *v.* UNITED STATES, *ante,* p. 949;

No. 94–5527.  TOEGEMANN *v.* RHODE ISLAND, *ante,* p. 920;

No. 94–5538.  LIEDTKE *v.* STATE BAR OF TEXAS ET AL., *ante,* p. 906;

No. 94–5544.  MARTIN *v.* INITIAL U. S. A., *ante,* p. 906;

No. 94–5547.  ADAMS *v.* CONNECTICUT, *ante,* p. 906;

No. 94–5631.  DUSENBERY *v.* UNITED STATES, *ante,* p. 909;

No. 94–5633.  CHATIMA *v.* UNITED STATES, *ante,* p. 944;

No. 94–5669.  BAUER *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL., *ante,* p. 910;

No. 94–5676.  RUFF *v.* SOUTH CAROLINA ET AL., *ante,* p. 936;

No. 94–5681.  FLANAGAN ET UX. *v.* RESOLUTION TRUST CORPORATION ET AL. (two cases), *ante,* p. 911;

No. 94–5824.  MCINTYRE *v.* CROUCH ET AL., *ante,* p. 914;

No. 94–5864.  COLE *v.* INDIANA, *ante,* p. 940;

No. 94–5885.  IN RE TUCKER, *ante,* p. 806; and

No. 94–5904.  ACEVEDO *v.* RICHARDSON, COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 940.  Petitions for rehearing denied.

No. 93–9780.  DUPONT *v.* DUBOISE, WARDEN, ET AL., *ante,* p. 916;

No. 94–385.  EXXON CORP. ET AL. *v.* EYAK NATIVE VILLAGE ET AL., *ante,* p. 943; and

No. 94–5122.  ENO *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *ante,* p. 916.  Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 94–5471.  CAIN *v.* MISSOURI STATE BOARD OF PODIATRY MEDICINE, *ante,* p. 902.  Motion of petitioner to defer consideration of petition for rehearing denied.  Petition for rehearing denied.

NOVEMBER 29, 1994

No. 94–5319 (A–370).  CLARK *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 966.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for rehearing denied.